Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TIFFANIE PADAN, | ) |
| Plaintiff, | ) CASE NO. 3:20-cv-00532-WGC |
| v. | ) **ORDER GRANTING** |
| | ) **CONSENT MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI[1], | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

    Plaintiff, Tiffanie Padan, by her attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day (60) extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed September 23, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel.

    Wherefore, Plaintiff requests an extension from September 23, 2021 up to and including

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on 7/9/2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted for Andrew Saul as the Defendant in this suit.

1

November 22, 2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly has no objection to this request.

Dated this 16th day of September, 2021.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**ORDER**

**IT IS SO ORDERED.**

DATED:  September 20, 2021.

_____
UNITED STATES MAGISTRATE JUDGE